|     |     |
| --- | --- |
| 1   | KEVIN V. RYAN (CASBN 118321)<br>United States Attorney |
| 2   |     |
| 3   | EUMI L. CHOI (WVSBN 0722)<br>Chief, Criminal Division |
| 4   | ROBERT DAVID REES (CASBN 229441)<br>Assistant United States Attorney |
| 5   |     |
| 6   | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102<br>Telephone: (415) 436-7210 |
| 7   | Fax: (415) 436-7234 |
| 8   | Attorneys for Plaintiff |

UNITED STATES MAGISTRATE COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR05-0629 MAG <s>3-05-70548</s> |
| --- | --- | --- |
| Plaintiff, | ) | [<s>PROPOSED</s>] ORDER AND STIPULATION FOR CONTINUANCE FROM SEPTEMBER 29, 2005 TO OCTOBER 14, 2005 AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) AND WAIVER OF TIME LIMITS UNDER FED. R. CRIM. P. 5.1 |
| v. | ) |     |
| ROSSIE HAWKINS, | ) |     |
| Defendant. | ) |     |

With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling a further hearing date of October 14, 2005 at 9:30A.M. before the duty magistrate judge, and documenting the defendant's waiver of the preliminary hearing date under Federal Rule of Criminal Procedure 5.1 and the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from September 29, 2005, to October 14, 2005. The parties agree, and the Court finds and holds, as follows:

1. The defendant has been released on her own recognizance.

2. The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) to provide continuity of counsel and reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

3. The defendant waives the time limits of Federal Rule of Criminal Procedure 5.1 for

1 preliminary hearing.

2     4. Counsel for the defense believes that postponing the preliminary hearing is in his client's best interest, and that it is not in his client's interest for the United States to indict the case during the normal 20-day timeline established in Rule 5.1.

    5. The Court finds that, taking into account the public interest in the prompt disposition of criminal cases, these grounds are good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1. Given these circumstances, the Court finds that the ends of justice served by excluding the period from September 29, 2005 to October 14, 2005, outweigh the best interest of the public and the defendant in a speedy trial. § 3161(h)(8)(A).

    6. Accordingly, and with the consent of the defendant, the Court (1) sets a further hearing date before the duty magistrate judge on October 14, 2005, at 9:30A.M., and (2) orders that the period from September 29, 2005 to October 14, 2005 be excluded from the time period for preliminary hearings under Federal Rule of Criminal Procedure 5.1 and from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED:

DATED: 10/03/05          /S/ Daniel Blank
                              DANIEL BLANK
                              Assistant Federal Public Defender
                              Attorney for Defendant

DATED: 10/04/05          /S/ Robert D. Rees
                              ROBERT DAVID REES
                              Assistant United States Attorney

IT IS SO ORDERED.

DATED: October 5, 2005                   
                                   HON. JOSEPH SPERO
                                   United States Magistrate Judge